FILED
2006 Jun-28  AM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **LEROY NUNNALLY JR., et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | CASE NUMBER:  CV 04-KOB-2890-E |
| ) | |
| **EQUIFAX INFORMATION** ) | |
| **SERVICES LLC,** ) | |
| ) | |
| **Defendants.** ) | |

FURTHER ADDENDUM TO MEMORANDUM OPINION
FILED ON JUNE 20, 2006

On review of the published slip opinion, this judge noticed a comment in the appellate court opinion which baffles him. That statement is "To conflate  the meaning of 'consumer report' with 'file' would make the terms redundant." Who was the conflationor? Where did that come from?

This the 28th  day of June, 2006.

_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**